JOHN McKENZIE, *Respondent, v.* CATHARINE A. SWINBURN, *Appellant.*

WILLIAM D. CLARK, *Respondent, v.* THE SAME, *Appellant.*— Orders affirmed in each case, with ten dollars costs and printing disbursements in each.